# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02960

JAMES VANDIVER, on behalf of himself
and all others similarly situated,

    Plaintiff,

v.

MG BILLING LIMITED dba PROBILLER,
and DOES 1- 50, inclusive,

    Defendant.

---

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties who have appeared, specifically Plaintiff James Vandiver and Defendant MG Billing Limited, hereby stipulate to the dismissal of this action as follows:

All claims are hereby dismissed without prejudice, with each party to bear his/its own fees and costs.

IT IS SO STIPULATED,

Dated: August 3, 2023                        **KALIELGOLD PLLC**

                                                  */s/ Sophia Goren Gold*
                                                  Sophia Goren Gold
                                                  950 Gilman Street, Suite 200
                                                  Berkeley, CA 94710
                                                  Tel: (202) 350-4783
                                                  sgold@kalielgold.com

                                                  Jeffrey D. Kaliel
                                                  Amanda J. Rosenberg
                                                  1100 15th Street NW, 4th Floor
                                                  Washington, D.C. 20005
                                                  jkaliel@kalielpllc.com
                                                  arosenberg@kalielgold.com

*Attorneys for Plaintiff*

Dated: August 3, 2023

**VENABLE LLP**

By: */s/ Ari N. Rothman*
Ari N. Rothman
600 Massachusetts Avenue NW
Washington, D.C. 20001
ANRotman@venable.com

Christopher L. Limpus
**Limpus & Limpus, LLC**
7723 Arlington Drive
Boulder, CO 80303
chris@limpuslaw.com

*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document has been served on August 3, 2023, on counsel below:

>Ari N. Rothman
>**Venable LLP**
>600 Massachusetts Avenue NW
>Washington, D.C. 20001
>ANRotman@venable.com
>
>Christopher L. Limpus
>**Limpus & Limpus, LLC**
>7723 Arlington Drive
>Boulder, CO 80303
>chris@limpuslaw.com

>> */s/ Sophia G. Gold*
>> Sophia G. Gold